UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DAYS INNS WORLDWIDE INC., a Delaware Corporation,

    Plaintiff,

v.

MAJOR RESORTS, LLC, a Florida Limited Liability Company; JITENDRA R. PATEL, an individual

    Defendants.

Civil Action No. 23-00945 (JXN) (LDW)

**ORDER AND JUDGEMENT**

**NEALS**, District Judge

    **THIS MATTER** comes before the Court on Plaintiff Days Inns Worldwide, Inc.'s ("DIW") motion for default judgment against Defendants Major Resorts, LLC ("Major Resorts") and Jitendra R. Patel ("Patel") (collectively, the "Defendants") pursuant to the Federal Rules of Civil Procedure 55. (ECF No. 13) The Court has carefully considered Plaintiff's submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons stated in the accompanying Opinion;

    **IT IS** on this 30th day of March 2024,

    **ORDERED, ADJUDGED, AND DECREED** that DIW's motion for default judgment (ECF No. 13) against Defendants is **GRANTED**, and judgment shall be entered against Defendants, jointly and severally, in the total amount of $88,429.35 comprised of the following:

a. $28,215.15 for liquidated damages (principal plus prejudgment interest); and
b. $60,214.20 for outstanding Recurring Fees (principal plus prejudgment interest); and it is further

    **ORDERED** that the Clerk of Court shall **CLOSE** this matter.

JULIEN XAVIER NEALS
United States District Judge